# EXHIBIT A



P.O. Box 390905
Minneapolis, MN 55439
Mail Code DSNB

Radius Reference Number:
Balance Due: $1,973.00

JOSE D AVINA

Radius Global Solutions
P.O. Box 390905
Minneapolis, MN 55439

Customer Service: 866-610-8340 ext 3735

September 09, 2020
Radius Reference Number: 5173
Account #: ***********6210
Balance Due: $1,973.00

OFFICE HOURS: MON - FRI: 8AM - 5PM CENTRAL TIME
Creditor: Department Stores National Bank
Regarding: Macy's Credit Card

Account Balance: $1,973.00

Dear Jose D Avina,

Department Stores National Bank authorized Radius Global Solutions to collect this debt on their behalf. We are aware of today's economic climate and the challenges you may be facing. We pride ourselves on being a problem solving leader in this industry and we are confident we can find a resolution to this account that is mutually agreeable for all involved. This may even include a possible resolution for less than the balance owed. The resolution may include a multi-payment option as well. Please contact us to resolve the above referenced account and know that we are always interested in hearing any repayment suggestions that you feel are fair and affordable. This offer does not affect your rights set forth below. Make check payable to DSNB.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

We look forward to hearing from you.

Thank you,

Radius Global Solutions
866-610-8340 ext 3735

Payment Methods
Online: paymentportal.radiusgs.com using the account information referenced above and pin number 72564
Phone: 866-610-8340 ext 3735
Mail: P.O. Box 390905, Minneapolis, MN 55439

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
This communication is sent to you by Radius Global Solutions LLC, a debt collector.
Radius Global Solutions LLC accepts relay calls. TTY Service users Dial 711.
Calls to or from this company are recorded and may be monitored.
Our physical address is: 7831 Glenroy Rd. Suite 250 Minneapolis, MN 55439.

139198-1245-3141

# EXHIBIT B



P.O. Box 390905
Minneapolis, MN 55439
Mail Code DSNB

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
DPCH

FIRST CLASS

JOSE D AVINA